U.S. Department of Justice
United States Attorneys

# United States District Court
## for the Southern District of Florida

FILED BY __R.P.B.__ D.C.
May 29, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

NO. 25-MJ-6320-PAB

**UNITED STATES OF AMERICA**

v.

DENNARD OSHEA DOBARD          /

Inmate Name: DENNARD OSHEA DOBARD

Inmate #: 582500306

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A Criminal Complaint is pending in this Court against DENNARD OSHEA DOBARD the above styled case, and it is set for as to the defendant on June 2, 2025 at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301

2. The defendant is now confined in the BSO Main Jail at 555 SE 1st Avenue Fort Lauderdale, Florida 33301

3. It is necessary to have the defendant before this Court for a initial appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said initial appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: **JOSEPH COOLEY**
Digitally signed by JOSEPH COOLEY
Date: 2025.05.29 16:16:28 -04'00'

JOSEPH A. COOLEY
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA JOSEPH A. COOLEY )