U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

FILED BY ___R.P.B.___ D.C.

**May 29, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

NO. 25-MJ-6320-PAB

**UNITED STATES OF AMERICA**

Inmate Name: DENNARD OSHEA DOBARD

v.

Inmate #: 582500306

DENNARD OSHEA DOBARD / 

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    ANY UNITED STATES MARSHAL, and

WARDEN, BSO Main Jail

It appearing from the petition of the United States of America that the defendant in the above case, DENNARD OSHEA DOBARD is confined in the BSO Main Jail at 555 SE 1st Avenue Fort Lauderdale, Florida 33301 and that this case is set for an initial appearance as to the defendant at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 _____, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of DENNARD OSHEA DOBARD now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 by or before 11:00 A M., on June 2, 2025 for a initial appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of BSO Main Jail at 555 SE 1st Avenue Fort Lauderdale, Florida 33301 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Fort Lauderdale Florida, this 29th day of May, 2025

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc:    U.S. Attorney (AUSA JOSEPH A. COOLEY )
U.S. Marshal (3 certified copies)
Chief Probation Officer