# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

| | | |
|---|---|---|
| Fort Lauderdale Courtroom 310 | Date: 6/3/2025 | Time: 10:30AM |

**Defendant:** Dennard Oshea Dobard (WRIT)  **J#:** 86377-511  **Case #:** 0:25-mj-06320-PAB-3

**AUSA:** Joseph A. Cooley  **Attorney:** David A. Donet, Jr.

**Violation:** 21:U.S.C.§846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**Proceeding:** Detention Hearing  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No   **Recommended Bond:**

**Bond Set At**   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol/drugs
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ **pm** to _____ **am**, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**

Defendant Present. Detention Hearing Held Today. Government proceeds by proffer. Agent Chelsey Hibsch was sworn and testified in open Court. Defense ore tenus motion for JENCKS materials- Granted-. Defense ore tenus motion to continue Detention Hearing to allow the Government time to provide JENCKS materials for review- Granted-. The time from today until Friday 6/6/2025 will be excluded from the Speedy Trial.

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:

**Report RE Counsel:**
**PTD**/Bond Hearing: 6/6/2025 @10:30AM FTL Duty
**Arraign/Prelim** or Removal:  6/16/2025 @11:00AM FTL Duty
Status Conference RE:

**D.A.R.** 10:59:25   Time in Court: 10 Minutes

**CHECK IF APPLICABLE:** __X__ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including __6/6/2025__, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..